**SET ASIDE AND REMAND and Opinion Filed September 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00366-CV

**ROBERT L. HOFFMAN, Appellant**
**V.**
**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05446**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Lewis
Opinion by Justice Myers

Before the Court is the parties' joint motion to remand for rendition of an agreed judgment. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion, set aside the Judgment of Active Suspension without regard to the merits, and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Lana Myers/
LANA MYERS
JUSTICE

140366F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ROBERT L. HOFFMAN, Appellant

No. 05-14-00366-CV        V.

COMMISSION FOR LAWYER
DISCIPLINE, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-05446.
Opinion delivered by Justice Myers.
Justices Francis and Lewis, participating.

        In accordance with this Court's opinion of this date, we **SET ASIDE** the Judgment of
Active Suspension without regard to the merits and **REMAND** this case to the trial for rendition
of judgment in accordance with the parties' agreement.

        We **ORDER** that the parties bear their own costs of the appeal.

Judgment entered this 10th day of September, 2014.